IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANTHONY JOHNSON,** | : | **CIVIL ACTION** |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| **SUPERINTENDENT OF** | : | |
| **SCI-HUNTINGDON, et al.,** | : | |
| Respondents | : | **No. 07-CV-1249** |

## ORDER

EDMUND V. LUDWIG, J.

AND NOW, this 29th day of June, 2007, upon careful and independent consideration of the petition for a writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, IT IS ORDERED THAT:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for a writ of habeas corpus is DENIED with prejudice.

3. Objections are over-ruled.

4. There is no probable cause to issue a certificate of appealability.

5. The Clerk of the Court shall mark this case closed for statistical purposes.

BY THE COURT:

/s/ Edmund V. Ludwig
Edmund V. Ludwig, J.